UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21 CR 368 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| CAMERON WELLS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Cameron Wells, which was referred to the Magistrate Judge with the consent of the parties.

On May 13, 2021, the government filed a 2 count Indictment, charging Defendant Wells in counts 1 and 2, with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Possession of a Firearm by a Person with Prior Misdemeanor Domestic Violence Conviction in violation of Title 18 U.S.C. § 922(g)(9) and 924(a)(2). Defendant was arraigned on May 17, 2021, and entered a plea of not guilty to counts 1 and 2 of the Indictment, before Magistrate Judge Baughman. On October 7, 2021, Magistrate Judge Baughman received Defendant Wells's plea of guilty to counts 1 and 2 of the Indictment, without a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Wells

is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Cameron Wells is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1), 922(g)(9), and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on January 26, 2022, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 17, 2021